## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THE BRADLEY CENTER, A PENNSYLVANIA NON-PROFIT CORPORATION | : | No. 231 WAL 2015 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| NORTH STRABANE TOWNSHIP AND LINDEN VUE HOMEOWNERS ASSOCIATION, INC., AND MAJESTIC HILLS HOMEOWNERS ASSOCIATION, INC. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: LINDEN VUE HOMEOWNERS ASSOCIATION, INC. AND MAJESTIC HILLS HOMEOWNERS ASSOCIATION, INC. | : | |
| | : | |
| | : | |
| | : | |
| THE BRADLEY CENTER, A PENNSYLVANIA NON-PROFIT CORPORATION | : | No. 232 WAL 2015 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| NORTH STRABANE TOWNSHIP AND LINDEN VUE HOMEOWNERS ASSOCIATION, INC., AND MAJESTIC HILLS HOMEOWNERS ASSOCIATION, INC. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: LINDEN VUE HOMEOWNERS ASSOCIATION, INC.AND MAJESTIC HILLS HOMEOWNERS ASSOCIATION, INC. | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.


  Mr. Justice Eakin did not participate in the decision of this matter.